# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Guadalupe Cruz

                              Plaintiff,

v.                                                       Case No.: 1:19–cv–00858
                                                                          Honorable John Z. Lee

Labor Network Personnel Services, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 25, 2019:

      MINUTE entry before the Honorable John Z. Lee:Status hearing held on 7/25/19. The parties report that they settled the case. This case is dismissed without prejudice; the dismissal will become with prejudice in 28 days with each side to bear their own fees and costs. Civil case terminated.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.